## HOLLOWAY ag$^t$ SMITH

Elisha Holloway plaint. on appeale from the Judgement of Edw: Tyng Esq$^r$ in May Last past ag$^t$ Jsrael Smith Defend$^t$. . . . The Jury . . . founde for the Defend$^t$ confirmation of the former Judgement & costs of Courts.